UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

JOHNNY AGUILAR,

   Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

   Defendant.

No.   4:15-CV-05020-JTR

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.    Judgment is entered for Defendant.

DATED: October 15, 2015

      SEAN F. McAVOY
      Clerk of Court

      By:  *s/Pam Howard*
       Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE